# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge Philip S. Gutierrez

From: W. Hernandez, Deputy Clerk Date Received: 11/07/12

Case No.: 2:12-cv-06366-PSG-AJW Case Title: United States of America v. Erik Rothenberg

Document Entitled: 2 sets of documents entitled Judicial Notice of Controlling Facts and Law; IRS documents

FILED
CLERK, U.S. DISTRICT COURT
NOV - 8 2012
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 5-4.1 Documents must be filed electronically
- ☐ Local Rule 6-1 Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
- ☐ Local Rule 7.1-1 No Certification of Interested Parties and/or no copies
- ☐ Local Rule 11-3.1 Document not legible
- ☐ Local Rule 11-3.8 Lacking name, address, phone, facsimile numbers, and e-mail address
- ☐ Local Rule 11-4.1 No copy provided for judge
- ☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 15-1 Proposed amended pleading not under separate cover
- ☐ Local Rule 16-7 Pretrial conference order not signed by all counsel
- ☐ Local Rule 19-1 Complaint/Petition includes more than 10 Does or fictitiously named parties
- ☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking
- ☑ Local Rule 83-2.11 No letters to the judge
- ☑ Fed. R. Civ. P. 5 No proof of service attached to document(s)
- ☑ Other: Lacking case number and case title; case closed on 09/05/12; additional filings are not permitted except by order of the Court.

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

Date _______________ U.S. District Judge / ~~U.S. Magistrate Judge~~

☑ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

Date 11/8/12 [signature] U.S. District Judge / ~~U.S. Magistrate Judge~~

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE COPY 2 -JUDGE COPY 3 -SIGNED & RETURNED TO FILER COPY 4 -FILER RECEIPT

**Erik Rothenberg**
**8333 Zitola Terrace**
**Playa del Rey, California 90293**




11/6/2012

INTERNAL REVENUE SERVICE, Collector for
Dept. of the Treasury: FMS, IMF, Federal Reserve System
ATTN: A. Gonzales, Revenue Officer ID# 95-09264/02-35699
ATTN: T. Hanson, Revenue Officer ID#95-05781
ATTN: Ms. Kim Borbon, Supervisor
ATTN: Ms. L'Tanya Brooks, District Director
225 W. Broadway, 3rd Floor
Glendale, CA 91204
Certified mail rec # 7012 2210 0000 3088 4697

ANDRE BIROTTE, JR.
United States Attorney
SANDRA BROWN
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREENE (SBN 230807)
Assistant United States Attorney
Room 7211 Federal Building
300 N. Los Angeles St.
Los Angeles, CA 90012
Certified mail rec # 7012 2210 0000 3088 4703

Hon. Philip Gutierrez
United States Magistrate Judge
U.S. District Court, Central District of California
c/o Office of the Clerk
U.S. Courthouse, Room G8
312 N. Spring Street
Los Angeles, California 90012-4701
Certified mail rec # 7012 2210 0000 3088 4710

INTERNAL REVENUE SERVICE, Collector for
Dept. of the Treasury: FMS, IMF, Federal Reserve System
ATTN: Commissioner Douglas H. Shulman (pre 11/9/2012)
ATTN: Acting Commissioner Steven T. Miller (post 11/9/2012)
a.k.a. Deputy Commissioner for Services and Enforcement
10th St. & Pennsylvania Ave. NW
Washington, DC 20004
Certified mail rec # 7012 2210 0000 3088 4727

**JUDICIAL NOTICE OF CONTROLLING FACTS AND LAW**

I am Erik Rothenberg, that is my name.

I am a live, sentient, self-realized being with all rights reserved.

I am addressing the fiction you speak for to find out what business the fiction has with me:

My business here is to determine by what authority do you, Mr. Gonzales, Mr. Hanson, Mr. Gutierrez, Mr. Greene, appear in front of me today or at any time in the past?

My business is finished here, as you, Mr. Gonzales, Mr. Hanson, Mr. Gutierrez, Mr. Greene, have not stated the business of the fiction with me.

If there is a legal relationship of the IRS, U.S. Attorney, U.S. District Court to me, it has not been demonstrated, I have no evidence thereof and believe none exists.

I have no evidence of any legal obligation based upon your, Mr. Gonzales, Mr. Hanson, Mr. Gutierrez, Mr. Greene's acts or omissions exists; I do not consent to any alleged legal relationship until same has been placed in evidence.

I have no valid evidence of a legal relationship by which you appear in front of me today or at any time in the past that is not slavery and/or involuntary servitude, when no legal relationship is disclosed.

If any court certifies the actions of the prosecution and refuses to require that the prosecution put their full legal and political authorities over me on the record of the court, it is conclusive evidence that the judge(s) are making a legal determination without evidence. I have no valid evidence to the contrary and believe none exists.

***Response to A. Gonzales, RE: Letter 3174(CG)(Rev.11-2006)***

Dear Revenue Agent A. Gonzales:

I am in receipt of your defective, erroneous, administrative Letter; a copy is attached returned Void for Cause as stated.

You are hereby advised to take notice of the court filings in U.S. District Court Case No.: 2:12-cv-06366-PSG-AJW(x), in particular: Evidence Submission under Rule 201(d)(e)(f), Erik Rothenberg's Declaration Before the Entire World, Rothenberg Declaration and Settlement Offer and defective denied Motion. You are also hereby advised to take notice of the above In Law Declaration.

As any senior member of your legal team should conclude after reviewing these documents and said In Law Declaration: the IRS did not follow proper procedure and the proof is on the record, meaning the U.S. Attorney is liable for not pleading all material facts on the record; the magistrate judge is liable for failing to review all material facts on record before issuing an order to show cause and/or causing an erroneous, defective and void "grant of petition for levy" 5 days before my hearing date; and, said void "grant of petition for levy" was issued two hours *before* receiving evidence that effectively voided the erroneous, non-fact-based decision. The judge further rendered all acts completely void by failing to properly sign my Motion, instead just writing the word "denied" on it, in contravention of any cognizable judicial rule, custom, standard or practice.

Further to the point, there is now proof of fact in evidence on the record demonstrating IRS' inability to attach me, Erik Rothenberg, as a taxpayer for failure of production of either law or contract for said attachment. If IRS could have attached, IRS would have already placed such evidence on the record, and there is none.

This has been a defective process from the beginning, six years before you, Mr. Gonzales, entered the case, all the way to the end, where the process was completely voided by acts and omissions of IRS, U.S. Attorney, District Court Judge. There is a significant list of appealable procedural errors, as well as a series of other violations, that will land all parties in the appropriate court at the appropriate time.

Further, you and your colleagues have been served with a perfection of a claim on slavery. You have also been noticed that you have failed to produce any law or contract evidencing a way of attaching me, Erik Rothenberg, in which case, you are engaging in involuntary servitude, SLAVERY. Said engagement is made by this way of the commandeering of units of my labor-backed value used to support: a private money system, FEDERAL RESERVE; the issuing collection INTERNAL REVENUE SERVICE; the legal enforcement systems, The U.S. Attorney's Office, among other agencies (assuming U.S. Attorney's office can exempt or otherwise lawfully circumvent its operating outside the seat of government Washington D.C. 4 USC 72 and for which no Congressionally certified evidence has been placed upon the record). You all are operating a SLAVERY SYSTEM, and you know it now if you did not know it prior.

Your failure to cease and desist in sending me letters has resulted in a litany of serious actionable claims that will be pursued against you, personally, Mr. Gonzales, as well as your colleagues who have received said notice under all appropriate channels at the appropriate time.

IRS' failure to cease and desist in sending me letters, such as the 10 unsigned letters I received the week of October 22, 2012, herein returned Void for Cause, requesting payment of various tax years is harassment at the least and federal civil rights violations and felonies admitted by your acts. The IRS has had ample opportunity to show valid attachment contract, law or other authority and failed to produce the same, exposing itself merely as a non-government agency for the voluntary collection of non-mandatory gifts, contributions, tribute. This similarly raises a series of actionable claims that will be pursued under all appropriate channels at the appropriate time.

I also enclose a letter received from Delphine V. Thomas, Disclosure Office 2 responding to the FOIA requests that you were served with in your perfection of slavery claim in my IRS Package (a copy of which was also filed in U.S. District Court Case No.: 2:12-cv-06366-PSG-AJW(x)). In it, Ms. Thomas explains that responding to my FOIA request would mean creating a personalized record, which she is not required to do. It is unclear whether she is saying she is "not required" to produce a personalized record because IRS is not a government agency, or instead saying that she would otherwise have to create one (if IRS were a government agency) because there is no current *existing* record that IRS can produce demonstrating that IRS has answers to any of the specific document demands posed in my FOIA requests.

In either case, it appears relevant authorities are without any FOIA production or IRS production of any existing record evidencing law or contract attaching me, Erik Rothenberg, for personal tax liability. You all and IRS have no claim, and are practicing coercion under threat of legal process, defined as involuntary servitude, SLAVERY, claims of which have already been noticed and perfected and await further lawful action. See U.S. v. Kozminski 487 US 931.

As for the defective U.S. Attorney and IRS collaboration in attempting to attach a levy on my property, the levy can't issue without a proper lien, and the proper lien can't issue without a District Court order. The District Court order has to prove a valid judgment took place and the order was appropriately filed (which a quick review of the evidence submitted in the case will put to rest any doubt that it was *not*) and that judgment would have had to be based on a claim, which required a valid debt, which in turn required a valid liability that in turn is required to be supported by a law or contract, neither of which is supported by any existing record.

None of the above occurred, and it was mere hearsay evidence from an unnamed, unsworn 3rd party which was used to support the original, erroneous Notice of Deficiency, which in turn was used to support the erroneous, invalid and void administrative U.S. Tax Court judgment against me. In turn, this *administrative, non-judicial "judgment"* was used for the erroneous lien (in absence of a District Court order per the statute). All this was then used to claim a 'valid Levy'. Perhaps these

significant evidentiary and procedural defects explain why the judge closed the case 5 days before the hearing, creating an effective bar against any further movement on the matter resulting from commission or omissions by their own acts.

Unless, on the outside chance IRS/U.S. Attorney can credibly challenge, on the record, the evidence filed by me and not filed by IRS on the record of this case, IRS/U.S. Attorney has no position. In order to actually seize my property, you all would need a writ issued via a Title 28 action by which a proof of claim that cannot and does not exist would be required. IRS and U.S. Attorneys Tax Division have already failed to demonstrate on the record any valid legal or contractual basis for bringing a U.S. action. And, as you may realize, in the case of such a Title 28 action, you, Mr. Gonzales, and the parties named herein will be open, by operation of law, to the kind of uncomfortable discovery that will expose you and your entire operation INTERNAL REVENUE SERVICE as a fraud to the entire world.

***VERIFICATION***

I declare that each of my statements herein are true, correct, and complete the best of my belief and knowledge and stated under the pains and penalties of perjury under the Laws of the United States of America 28 USC 1746 (1) without the United States.

Erik Rothenberg

Enc:

- Gonzales Letter 3174 Dated 10/10/2012 Returned Void for Cause
- FOIA Request Response Dated 10/17/2012
- CP71D Dated 10/12/2012 Years 2000, 2001, 2002, 2003, 2004, 2005, 2007

**Internal Revenue Service**
225 W BROADWAY 3RD FL
GLENDALE, CA 91204

**Department of the Treasury**

Letter Date:
10/10/2012
Taxpayer Identification Number
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
IRS Employee to Contact:
A. GONZALES
Employee Identification Number:
02-35699
Contact Telephone Number:
(818)543-2502

ERIK ROTHENBERG
8333 ZITOLA TER
PLAYA DEL REY, CA 90293-7835

**VOID FOR CAUSE BY ORDER OF ERIK ROTHENBERG,**
**Nunc pro Tunc (from the beginning)**

**1. Constructive fraud, failure to provide statutory authority for IRS to exist; failure to disclose all facts;**

**2. IRS is not government agency on authority of USDC: cv93-405E-EJE, US Code non-positive law jacket of avg US Code Volume, Senate Report 94-1148 pg. 5967, P.L. 94-564, pg. 5942, U.S. Gov. Style Manual 90/91 pg. 480-81, 26 USC 7701(a)(11), Treasury Delegation Order No. 150-10, Private U.S. Treasury: 41 Stat Ch 214, pg 654, Presidential Doc. Vol. 29, No. 4, pg. 113, 22 USC 285-288; Constructive Fraud, no IRS Charter, [illegible]**

**3. Constructive Fraud, inducement to perjury, No U.S. Dollars in circulation as demanded income 1040 Forms, CA 3-319F3d640 (U.I. 2003) U.S. v. Thomas. Federal Reserve Notes not Dollars.**

**4. For Cause: Constructive Fraud, failure to disclose duly delegated authority, employee identification number, 18 USC 1583, Enticement into Slavery, Witness tampering [illegible] 18 USC § 1512 [illegible], False Statement 18 USC § 1001 [illegible]**

**5. Inducement to Slavery, U.S. v. Kozminski, 487 U.S. 931 (1988) "...victim forced to work for defendant (IRS and agent with no disclosed authority) by use or threat of [illegible] through the legal process."**

**Done this 8th day of November, 2012, AD.**

____________________
**Erik Rothenberg**

Although we previously sent you a notice of our intention to collect your unpaid tax through enforced collection, our records show that you still have not paid the amount you owe. Enforced collection may include placing a levy on your bank accounts, wages, receivables, commissions, etc. It could also involve seizing and selling your property such as real estate, vehicles, or business assets.

To prevent collection action, please pay the amount you owe by 10/20/2012.

Make your check or money order payable to the United States Treasury, and write your social security number or employer identification number on it. Send your payment to us in the enclosed envelope with a copy of this letter. **The amount you owe is shown on the next page.**

If you recently paid this or if you can't pay it, call as soon as you get this letter. Our telephone number is at the top of this letter. If you disagree with our taking enforcement action, you may be able to work out another solution. Speak to the person whose name appears at the top of this letter, or ask for that person's manager. If you do not agree with the results, you may ask for appeals consideration.

The unpaid amount from prior notices may include tax, penalties, and interest you still owe. It also includes credits and payments we have received since our last notice to you.

**Interest - Internal Revenue Code Section 6601**
We charge interest when your tax is not paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full or to the date of this notice. Interest is also charged on penalties assessed on your account. Interest compounds daily except on underpaid estimated taxes for individuals or corporations.

**Paying Late - Internal Revenue Code Section 6651(a)(2)**
We charge a penalty when your tax is not paid on time. Initially, the penalty is ½ of 1% of the unpaid tax for each month or part of a month the tax was not paid.

Number of this letter:
Date of this letter: 10/10/2012
Taxpayer Identification Number: 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

If you have any questions about your account or would like a further detailed explanation of the penalty and interest charges on your account, please call me at the telephone number shown at the top of the first page of this letter.

Thank you for your cooperation.

Sincerely,

A. GONZALES
REVENUE OFFICER

Enclosures:
Envelope

The amount you owe is:

| Form Number | Tax Period | Unpaid Amount from Prior Notices | Additional Penalty | Additional Interest | AMOUNT YOU OWE |
|---|---|---|---|---|---|
| 1040 | 12/31/2000 | $945,212.31 | $664.00 | $0.00 | $945,876.31 |
| 1040 | 12/31/2001 | $36,404.67 | $0.00 | $15,351.65 | $51,756.32 |
| 1040 | 12/31/2003 | $38,290.58 | $0.00 | $8,925.42 | $47,216.00 |
| | | | | Total: | $1,044,848.63 |

VOID FOR CAUSE BY ORDER OF ERIK ROTHENBERG;
Nunc pro Tunc (from the beginning)

1. Constructive fraud, failure to provide statutory authority for IRS to exist; failure to disclose all facts;

2. IRS is not government agency on authority of USDC: cv93-405E-EJE, US Code non-positive law jacket of avg US Code Volume, Senate Report 94-1148 pg. 5967, P.L. 94-564, pg. 5942, U.S. Gov. Style Manual 90/91 pg. 480-81, 26 USC 7701(a)(11), Treasury Delegation Order No. 150-10, Private U.S. Treasury 41 Stat Ch 214, pg 654, Presidential Doc, Vol. 29, No. 4, pg 113, 22 USC 285-288, Constructive Fraud, no Constitutional Treasury.

Constructive fraud, inducement to perjury; No U.S. Dollars in circulation as demanded income 1040 Forms, CA 3-319F3d 1140 (U.I. 2003) U.S. v Thomas. Federal Reserve Notes not Dollars.

4. For Cause: Constructive Fraud, failure to disclose duly delegated Authority; inducement to slavery 18 USC 1583, Tampering with Victim or Witness 18 USC § 1512 et seq., False Statement 18 USC § 1001

5. Inducement to Slavery, U.S. v. Kozminski, 487 U.S. 931 (1988) "...victim forced to work for defendant (IRS and agent with no disclosed authority) by use or threat of ... or use or threat of coercion through law or legal process."

Done this 6th day of November, 2012, AD.

Erik Rothenberg



Letter 3174 (CG) (Rev.11-2006)



PRIVACY, GOVERNMENTAL LIAISON AND DISCLOSURE

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

October 17, 2012

Erik Rothenberg
8333 Zitola Terrace
Playa del Rey, CA 90293

Dear Erik Rothenberg:

I am responding to your Freedom of Information Act (FOIA) request dated August 29, 2012 that we received on October 5, 2012.

Your letter appears to ask for documents concerning your personal responsibility to pay federal income tax. To respond to your request, we would have to create personalized and specific statements about your tax liability. We are not required to create records, provide explanations, or answer questions in response to a FOIA request.

To the extent you are seeking records that establish the authority of the Internal Revenue Service to assess, enforce, and collect taxes, the Sixteenth Amendment to the Constitution authorized Congress to impose an income tax. Congress did so in Title 26 of the United States Code, commonly known as the Internal Revenue Code (IRC). The IRC may contain information responsive to portions of your request. It is available at many bookstores, public libraries and on the Internet at www.irs.gov.,

Income tax filing requirements are supported by statute and implementing regulations, which may be challenged through the judicial system, not through the FOIA. It is not the policy of the Internal Revenue Service to engage in correspondence regarding the interpretation and enforcement of the IRC. We will not reply to future letters concerning these issues.

Also, you submitted an identical request dated August 29, 2012. We responded to you on September 11, 2012, reference case number F12254-0082. You should direct any further inquiries concerning this response to:

Sharron R. Davis
Disclosure office 9
512-460-4433

Please include the case number on your follow-up correspondence.

If you have any questions please call Senior Disclosure Specialist Delphine V Thomas ID # 1000201132, at 215-861-1513 or write to: Internal Revenue Service, Disclosure Scanning Operation – Stop 93A, PO Box 621506, Atlanta, GA 30362. Please refer to case number F13285-0002.

Sincerely,

Delphine Thomas

Delphine V Thomas
Senior Disclosure Specialist
Disclosure Office 2



Department of the Treasury
Internal Revenue Service
Fresno, CA 93888-0010

| | |
|---|---|
| Notice | CP71D |
| Tax Year | 2007 |
| Notice date | October 29, 2012 |
| Social Security number | 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 |
| To contact us | 1-800-829-0922 |
| Your Caller ID | 972917 |

Page 1 of 3

149336.121785.0623.011 1 AT 0.374 701

ERIK ROTHENBERG
8333 ZITOLA TER
PLAYA DEL REY CA 90293-7835

149336

**VOID FOR CAUSE BY ORDER OF ERIK ROTHENBERG;**
**Nunc pro Tunc (from the beginning)**

**1. Constructive fraud, failure to provide statutory authority for IRS to exist; failure to disclose all facts;**

**2. IRS is not government agency on authority of USDC: cv93-405E-EJE, US Code non-positive law jacket of avg US Code Volume, Senate Report 94-1148 pg. 5967, P.L. 94-564, pg. 5942, U.S. Gov. Style Manual 90/91 pg. 480-26 USC 7701(a)(11), Treasury Delegation Order No. 150-10, Private U.S. Treasury 41 Stat Ch 214, pg 654, Presidential Doc, Vol. 29, No. 4, pg 113, 22 USC 285-288; Constructive Fraud, no Constitutional Treasury;**

**3. Constructive Fraud, inducement to perjury, No U.S. Dollars in circulation as demanded income 1040 Forms, OA 3-319F 5d640 (U.I. 2003) U.S. v. Thomas. Federal Reserve Notes not Dollars.**

**4. For Cause: Constructive Fraud, failure to disclose duly delegated Authority; inducement to slavery 18 USC 1583, Tampering with Victim or Witness 18 USC § 1512 et seq., False Statement 18 USC § 1001**

**5. Inducement to Slavery, U.S. v. Kozminski, 487 U.S. 931 (1988) "...victim forced to work for defendant (IRS and agent with no disclosed authority) by use or threat of ... or use or threat of coercion through law or legal process."**

**Done this 6th day of November, 2012, AD.**

**Erik Rothenberg**

Reminder of overdue taxes for 2007

## Amount due: $10,498.73

We are required to send you this notice informing you of the amount now due on your 2007 (Form CVL PEN ) taxes. If you are currently working with us to resolve the amount you owe, call the IRS representative ... you have questions about this notice.

Billing Summary

| | |
|---|---|
| | $10,036.00 |
| Amount you owed | 462.73 |
| Amount due by November 19, 2012 | $10,498.73 |

What you need to do immediately

If you're not working with an IRS representative, and you agree with the amount due

- Pay the amount due of $10,498.73 by November 19, 2012 to avoid additional penalty and interest charges.

Continued on back...

ERIK ROTHENBERG
8333 ZITOLA TER
PLAYA DEL REY CA 90293-7835

| | |
|---|---|
| Notice | CP71D |
| Notice date | October 29, 2012 |
| Social Security number | 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 |

IRS



## Payment

- Make your check or money order payable to the United States Treasury.
- Write your Social Security number (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), the tax year (2007), and the form number (CVL PEN) on your payment and any correspondence.

Amount due by November 19, 2012 | $10,498.73

INTERNAL REVENUE SERVICE
FRESNO, CA 93888-0010

549829234 LF ROTH 55 0 200712 670 00001049873



Department of the Treasury
Internal Revenue Service
Fresno, CA 93888-0010

| | |
|---|---|
| Notice | CP71D |
| Tax Year | 2005 |
| Notice date | October 29, 2012 |
| Social Security number | 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 |
| To contact us | 1-800-829-0922 |
| Your Caller ID | 972917 |
| Page 1 of 3 | |

149339

ERIK ROTHENBERG
8333 ZITOLA TER
PLAYA DEL REY CA 90293-7835

149339

**VOID FOR CAUSE BY ORDER OF ERIK ROTHENBERG;**
**Nunc pro Tunc (from the beginning)**

1. Constructive fraud, failure to provide statutory authority for IRS to exist; failure to disclose all facts;

2. IRS is not government agency on authority of USDC: cv93-405E-EJE, US Code non-positive law jacket of avg US Code Volume, Senate Report 94-1148 pg. 5967, P.L. 94-564, pg. 5942, U.S. Gov. Style Manual 90/91 pg. 480-81, 26 USC 7701(a)(11), Treasury Delegation Order No. 150-10, Private U.S. Treasury 41 Stat Ch 214, pg 654, Presidential Doc, Vol. 29, No. 4, pg 113, 22 USC 285-288, Constructive Fraud, no Constitutional Treasury;

3. Constructive Fraud, inducement to perjury, No U.S. Dollars in circulation as demanded/income 1040 Forms, CA 3-319F3d640 (U.I. 2003) U.S. v. Thomas. Federal Reserve Notes not Dollars.

4. For Cause: Constructive Fraud, failure to disclose duly delegated Authority; inducement to slavery 18 USC 1583, Tampering with Victim or Witness 18 USC § 1512 et seq. False Statement 18 USC § 1001

5. Inducement to Slavery, U.S. v. Kozminski, 487 U.S. 931 (1988) "...victim forced to work for defendant (IRS and agent with no disclosed authority) by use or threat of ... or use or threat of coercion through law or legal process."

Done this 6th day of November, 2012, AD.

Erik Rothenberg

Reminder of overdue taxes for 2005

## Amount due: $16,009.88

We are required to send you this notice informing you of the ... 2005 (Form CVL PEN) ... If you are currently working with us to address the amount you owe, call your IRS representative if you have questions about this notice.

Billing Summary

| | |
|---|---|
| Amount you owe | $15,000.00 |
| Interest charges | 1,009.88 |
| Amount due by November 19, 2012 | $16,009.88 |

What you need to do immediately

If you're not working with an IRS representative, and you agree with the amount due

- Pay the amount due of $16,009.88 by November 19, 2012 to avoid additional penalty and interest charges.

Continued on back...



ERIK ROTHENBERG
8333 ZITOLA TER
PLAYA DEL REY CA 90293-7835

| | |
|---|---|
| Notice | CP71D |
| Notice date | October 29, 2012 |
| Social Security number | 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 |

## Payment

- Make your check or money order payable to the United States Treasury.
- Write your Social Security number (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), the tax year (2005), and the form number (CVL PEN) on your payment and any correspondence.

| | |
|---|---|
| Amount due by November 19, 2012 | $16,009.88 |

INTERNAL REVENUE SERVICE
FRESNO, CA 93888-0010

549829234 LF ROTH 55 0 200512 670 00001600988



Department of the Treasury
Internal Revenue Service
Fresno, CA 93888-0010

| | |
|---|---|
| Notice | CP71D |
| Tax Year | 2004 |
| Notice date | October 29, 2012 |
| Social Security number | 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 |
| To contact us | 1-800-829 0922 |
| Your Caller ID | 972917 |
| Page 1 of 3 | |

ERIK ROTHENBERG
8333 ZITOLA TER
PLAYA DEL REY CA 90293-7835

149338

**VOID FOR CAUSE BY ORDER OF ERIK ROTHENBERG; Nunc pro Tunc (from the beginning)**

**1. Constructive fraud, failure to provide statutory authority for IRS to exist; failure to disclose all facts;**

**2. IRS is not government agency on authority of USDC: cv93-405E-EJE, US Code non-positive law jacket of avg US Code Volume, Senate Report 94-1148 pg. 5967, P.L. 94-564, pg. 5942, U.S. Gov. Style Manual 90/91 pg. 480-81, 26 USC 7701(a)(11), Treasury Delegation Order No. 150-10, Private U.S. Treasury 41 Stat Ch.214, pg 654, Presidential Doc, Vol. 29, No. 4, pg 113, 22 USC 285-288, Constructive Fraud, no Constitutional Treasury;**

**3. Constructive Fraud, inducement to perjury, No U.S. Dollars in circulation as demanded income 1040 Forms, CA 3-319F3d640 (U.I. 2003) U.S. v. Thomas. Federal Reserve Notes not Dollars.**

**4. For Cause: Constructive Fraud, failure to disclose duly delegated Authority; inducement to slavery 18 USC 1583, Tampering with Victim or Witness 18 USC § 1512 et seq., False Statement 18 USC § 1001**

**5. Inducement to Slavery, U.S. v. Kozminski, 487 U.S. 931 (1988) "...victim forced to work for defendant (IRS and agent with no disclosed authority) by use or threat of ... or use or threat of coercion through law or legal process."**

**Done this [illegible] day of November, 2012, AD.**

**Erik Rothenberg**

Reminder of overdue taxes for 2004

## Amount due: $10,445.37

We are required to send you this notice informing you of the [illegible] 2004 (Form CVL PEN) [illegible] currently working [illegible] amount you owe, call your IRS representative if you have questions about this notice.

Billing Summary

| | |
|---|---|
| [illegible] | $10,000.00 |
| [illegible] interest charges | 445.37 |
| Amount due by November 19, 2012 | $10,445.37 |

### What you need to do immediately

If you're not working with an IRS representative, and you agree with the amount due

- Pay the amount due of $10,445.37 by November 19, 2012 to avoid additional penalty and interest charges.

Continued on back...



ERIK ROTHENBERG
8333 ZITOLA TER
PLAYA DEL REY CA 90293-7835

| | |
|---|---|
| Notice | CP71D |
| Notice date | October 29, 2012 |
| Social Security number | 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 |

## Payment

- Make your check or money order payable to the United States Treasury.
- Write your Social Security number (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), the tax year (2004), and the form number (CVL PEN) on your payment and any correspondence.

Amount due by November 19, 2012 **$10,445.37**

INTERNAL REVENUE SERVICE
FRESNO, CA 93888-0010

549829234 LF ROTH 55 0 200412 670 00001044537

| | |
|---|---|
| Notice | CP71D |
| Tax Year | 2003 |
| Notice date | October 29, 2012 |
| Social Security number | 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 |



**VOID FOR CAUSE BY ORDER OF ERIK ROTHENBERG,**
**Nunc pro Tunc (from the beginning)**

**1. Constructive fraud, failure to provide statutory authority for IRS to exist; failure to disclose all facts;**

**2. IRS is not government agency on authority of USDC: cv93-405E-EJE, US Code non-positive law jacket of avg US Code Volume, Senate Report 94-1148 pg. 5967, P.L. 94-564, pg. 5942, U.S. Gov. Style Manual 90/91 pg. 480-81, 26 USC 7701(a)(11), Treasury Delegation Order No. 150-10, Private U.S. Treasury 41 Stat Ch 214, pg 654, Presidential Doc. Vol. 29, No. 4, pg 113, 22 USC 285-288; Constructive Fraud, no Constitutional Treasury;**

**3. Constructive Fraud, inducement to perjury, No U.S. Dollars in circulation as demanded income 1040 Forms, CA 3-319F3d640 (U.I. 2003) U.S. v. Thomas. Federal Reserve Notes not Dollars.**

**4. For Cause: Constructive Fraud, failure to disclose duly delegated Authority; inducement to slavery 18 USC 1583, Tampering with Victim or Witness 18 USC § 1512 et seq., False Statement 18 USC § 1001**

**5. Inducement to Slavery, U.S. v. Kozminski, 487 U.S. 931 (1988) "...victim forced to work for defendant (IRS and agent with no disclosed authority) by use or threat of ... or use or threat of coercion through law or legal process."**

**Done this 6th day of November, 2012, AD.**

[signature]

**Erik Rothenberg**

## Interest charges

We are required by law to charge interest on unpaid tax from the date the tax return was due to the date the tax is paid in full. The interest is charged as long as there is an unpaid amount due, including penalties, if applicable. (Internal Revenue Code section 6601)

| Period | Number of days | Interest rate | Interest rate factor | Amount due | Interest charge |
|---|---|---|---|---|---|
| 04/15/2004 – 06/30/2004 | 76 | 5.0% | 0.010435882 | $26,612.20 | $277.72 |
| 06/30/2004 – 09/30/2004 | 92 | 4.0% | 0.010104808 | $26,889.92 | $271.72 |
| 09/30/2004 – 12/31/2004 | 92 | [illegible] | [illegible] | [illegible] | $343.51 |
| 12/31/2004 – 03/31/2005 | [illegible] | [illegible] | [illegible] | $27,505.15 | $341.18 |
| 03/31/2005 – 09/30/2005 | [illegible] | [illegible] | 0.030536685 | $27,846.33 | $850.33 |
| 09/30/2005 – 12/31/2005 | 92 | 7.0% | 0.017798686 | [illegible] | $510.76 |
| 12/31/2005 – 06/30/2006 | 181 | 7.0% | [illegible] | [illegible] | $1,031.56 |
| 06/30/2006 – 12/31/2006 | 184 | 8.0% | [illegible] | [illegible] | $1,244.29 |
| 12/31/2006 – 06/30/2007 | 181 | [illegible] | [illegible] | $31,483.27 | $1,273.94 |
| 06/30/2007 – 07/23/2007 | 23 | 8.0% | 0.005053268 | $32,757.21 | $165.53 |
| 07/23/2007 – 08/27/2007 | 35 | 8.0% | 0.007699885 | $32,638.27 | $251.31 |
| 08/27/2007 – 12/31/2007 | 126 | 8.0% | 0.027998190 | [illegible] | $920.88 |
| 12/31/2007 – 03/31/2008 | 91 | 7.0% | [illegible] | [illegible] | $593.56 |
| 03/31/2008 – 06/30/2008 | [illegible] | 6.0% | 0.015028621 | $34,405.16 | $517.06 |
| 06/30/2008 – 09/30/2008 | 92 | 5.0% | 0.012646750 | $34,922.22 | $441.65 |
| 09/30/2008 – 12/31/2008 | 92 | 6.0% | 0.015195019 | $35,363.87 | $537.35 |
| 12/31/2008 – 03/31/2009 | 90 | 5.0% | [illegible] | $35,901.22 | $445.33 |
| 03/31/2009 – 09/30/2009 | 183 | [illegible] | [illegible] | $36,346.55 | $736.24 |
| 09/30/2009 – 12/31/2009 | [illegible] | [illegible] | [illegible] | $37,082.79 | $375.75 |
| 12/31/2009 – 06/30/2010 | 181 | 4.0% | 0.020032541 | $37,458.54 | $750.39 |
| 06/30/2010 – 11/01/2010 | 124 | 4.0% | 0.013681037 | $38,208.93 | $522.74 |
| 11/01/2010 – 12/31/2010 | 60 | 4.0% | 0.006596645 | [illegible] | $291.67 |
| 12/31/2010 – 03/31/2011 | 90 | [illegible] | [illegible] | [illegible] | $330.43 |
| 03/31/2011 – 09/30/2011 | [illegible] | [illegible] | [illegible] | $44,836.40 | $908.21 |
| 09/30/2011 – 12/31/2011 | 92 | 3.0% | 0.007589992 | $45,744.61 | $347.20 |
| 12/31/2011 – 06/30/2012 | 182 | 3.0% | 0.015029241 | $46,091.81 | $692.72 |
| 06/30/2012 – 10/29/2012 | 121 | 3.0% | 0.009966969 | $46,784.53 | $466.30 |
| Total interest | | | | | $15,439.33 |

We multiply your unpaid tax, penalties, and interest (the amount due) by the interest rate factor to determine the interest due.

## Additional Interest Charges

If the amount you owe is $100,000 or more, please make sure that we receive your payment within 10 work days from the date of your notice. If the amount you owe is less than $100,000, please make sure that we receive your payment within 21 calendar days from the date of your notice. If we don't receive full payment within these time frames, the law requires us to charge interest until you pay the full amount you owe.

## Additional information

- Visit www.irs.gov/cp71d
- For tax forms, instructions, and publications, visit www.irs.gov or call 1-800-TAX-FORM (1-800-829-3676)
- Keep this notice for your records.

If you need assistance, please don't hesitate to contact us.



Department of the Treasury
Internal Revenue Service
Fresno, CA 93888-0010

| | |
|---|---|
| Notice | CP71D |
| Tax Year | 2003 |
| Notice date | October 29, 2012 |
| Social Security number | 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 |
| To contact us | 1-800-829-0922 |
| Your Caller ID | 972917 |
| Page 1 of 3 | |

149335

ERIK ROTHENBERG
8333 ZITOLA TER
PLAYA DEL REY CA 90293-7835

149335

**VOID FOR CAUSE BY ORDER OF ERIK ROTHENBERG;**
**Nunc pro Tunc (from the beginning)**

1. Constructive fraud, failure to provide statutory authority for IRS to exist; failure to disclose all facts;

2. IRS is not government agency on authority of USDC: cv93-405E-EJE, US Code non-positive law jacket of avg US Code Volume, Senate Report 94-1148 pg. 5967, P.L. 94-564, pg. 5942, U.S. Gov. Style Manual 90/91 pg. 480-81, 26 USC 7701(a)(11), Treasury Delegation Order No. 150-10, Private U.S. Treasury 41 Stat Ch 214, pg 654, Presidential Doc, Vol. 29, No. 4, pg 113, 22 USC 285-288, Constructive Fraud, no Constitutional Treasury;

3. Constructive Fraud, inducement to perjury; No U.S. Dollars in circulation as demanded income 1040 Forms, CA 3-319F3d640 (U.I. 2003) U.S. v. Thomas. Federal Reserve Notes not Dollars.

4. For Cause: Constructive Fraud, failure to disclose duly delegated Authority; inducement to slavery 18 USC 1583, Tampering with Victim or Witness 18 USC § 1512 et seq., False Statement 18 USC § 1001

5. Inducement to Slavery, U.S. v. Kozminski, 487 U.S. 931 (1988) "...victim forced to work for defendant (IRS and agent with no disclosed authority) by use or threat of ... or use or threat of coercion through law or legal process."

Done this 6th day of November, 2012, AD.

Erik Rothenberg

Reminder of overdue taxes for 2003

# Amount due: $47,250.83

We are required to send you this notice informing you of the amount now due on your 2003 (Form 1040) taxes. If you are working with us to resolve the amount you owe, call your IRS representative if you have questions about this notice.

**Billing Summary**

| | |
|---|---|
| Amount you owed | $38,290.58 |
| Interest charges | 8,960.25 |
| Amount due by November 19, 2012 | $47,250.83 |

**What you need to do immediately**

If you're not working with an IRS representative, and you agree with the amount due

- Pay the amount due of $47,250.83 by November 19, 2012 to avoid additional penalty and interest charges.

Continued on back ...



ERIK ROTHENBERG
8333 ZITOLA TER
PLAYA DEL REY CA 90293-7835

| | |
|---|---|
| Notice | CP71D |
| Notice date | October 29, 2012 |
| Social Security number | 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 |

## Payment

- Make your check or money order payable to the United States Treasury.
- Write your Social Security number (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), the tax year (2003), and the form number (1040) on your payment and any correspondence.

Amount due by November 19, 2012 | $47,250.83

INTERNAL REVENUE SERVICE
FRESNO, CA 93888-0010

549829234 LF ROTH 30 0 200312 670 00004725083



Department of the Treasury
Internal Revenue Service
Fresno, CA 93888-0010

| | |
|---|---|
| Notice | CP71D |
| Tax Year | 2003 |
| Notice date | October 29, 2012 |
| Social Security number | 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 |
| To contact us | 1-800-829-0922 |
| Your Caller ID | 972917 |

Page 1 of 3

VOID FOR CAUSE BY ORDER OF ERIK ROTHENBERG;
Nunc pro Tunc (from the beginning)

1. Constructive fraud, failure to provide statutory authority for IRS to exist; failure to disclose all facts;

2. IRS is not government agency on authority of USDC: cv93-405E-EJE, US Code non-positive law jacket of avg US Code Volume, Senate Report 94-1148 pg. 5967, P.L. 94-564, pg. 5942, U.S. Gov. Style Manual 90/91 pg. 480-81, 26 USC 7701(a)(11), Treasury Delegation Order No. 150-10, Private U.S. Treasury 41 Stat Ch 214, pg 654, Presidential Doc, Vol. 29, No. 4, pg 113, 22 USC 285-288, Constructive Fraud, no Constitutional Treasury;

3. Constructive Fraud, inducement to perjury; No U.S. Dollars in circulation as demanded income 1040 Forms, CA 9 319F3d640 (U.I. 2003) U.S. v. Thomas. Federal Reserve Notes not Dollars.

4. For Cause: Constructive Fraud, failure to disclose duly delegated Authority; inducement to slavery 18 USC 1583, Tampering with Victim or Witness 18 USC § 1512 et seq., False Statement 18 USC § 1001

5. Inducement to Slavery, U.S. v. Kozminski, 487 U.S. 931 (1988) "...victim forced to work for defendant (IRS and agent with no disclosed authority) by use or threat of, or use or threat of coercion through law or legal process."

Done this 6th day of November, 2012, AD.

Erik Rothenberg

ERIK ROTHENBERG
8333 ZITOLA TER
PLAYA DEL REY CA 90293-7835

149340

Reminder of overdue taxes for 2003

## Amount due: $15,981.30

We are required to send you this notice informing you of the amount now due on your 2003 (Form CVL PEN) taxes. If you are currently working with us to address the amount you owe, call your IRS representative if you have questions about this notice.

Billing Summary

| | |
|---|---|
| Amount you owed | $15,036.00 |
| Interest charges | 945.30 |
| Amount due by November 19, 2012 | $15,981.30 |

What you need to do immediately

If you're not working with an IRS representative, and you agree with the amount due

- Pay the amount due of $15,981.30 by November 19, 2012 to avoid additional penalty and interest charges.

Continued on back.



ERIK ROTHENBERG
8333 ZITOLA TER
PLAYA DEL REY CA 90293-7835

| | |
|---|---|
| Notice | CP71D |
| Notice date | October 29, 2012 |
| Social Security number | 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 |

## Payment

- Make your check or money order payable to the United States Treasury.
- Write your Social Security number (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), the tax year (2003), and the form number (CVL PEN) on your payment and any correspondence.

Amount due by November 19, 2012 | $15,981.30

INTERNAL REVENUE SERVICE
FRESNO, CA 93888-0010

549829234 LF ROTH 55 0 200312 670 00001598130



Department of the Treasury
Internal Revenue Service
Fresno, CA 93888-0010

| | |
|---|---|
| Notice | CP71D |
| Tax Year | 2002 |
| Notice date | October 29, 2012 |
| Social Security number | 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 |
| To contact us | 1-800-829-0922 |
| Your Caller ID | 972917 |
| Page 1 of 3 | |

149334

ERIK ROTHENBERG
8333 ZITOLA TER
PLAYA DEL REY CA 90293-7835

149334

VOID FOR CAUSE BY ORDER OF ERIK ROTHENBERG;
Nunc pro Tunc (from the beginning)

1. Constructive fraud, failure to provide statutory authority for IRS to exist; failure to disclose all facts;

2. IRS is not government agency on authority of USDC: cv93-405E-EJE, US Code non-positive law jacket of avg US Code Volume, Senate Report 94-1148 pg. 5967, P.L. 94-564, pg. 5942, U.S. Gov. Style Manual 90/91 pg. 480-81, 26 USC 7701(a)(11), Treasury Delegation Order No. 150-10, Private U.S. Treasury 41 Stat Ch.214, pg 654, Presidential Doc, Vol. 29, No. 4, pg 113, 22 USC 285-288, Constructive Fraud, no Constitutional Treasury;

3. Constructive Fraud, inducement to perjury, No U.S. Dollars in circulation as demanded income 1040 Forms, CA 3-319F3d640 (U.I. 2003) U.S. v. Thomas. Federal Reserve Notes not Dollars;

4. For Cause: Constructive Fraud, failure to disclose duly delegated Authority; inducement to slavery 18 USC 1583, Tampering with Victim or Witness 18 USC § 1512 et seq., False Statement 18 USC § 1001

5. Inducement to Slavery, U.S. v. Kozminski, 487 U.S. 931 (1988) "...victim forced to work for defendant (IRS and agent with no disclosed authority) by use or threat of ... or use or threat of coercion through law or legal process."

Done this 6th day of November, 2012, AD.

Erik Rothenberg

Reminder of overdue taxes for 2002

## Amount due: $5,235.79

We are required to send you this notice informing you of the ... 2002 (Form CVL PEN) ... currently working ... amount you owe, call your IRS representative if you have questions about this notice.

Billing Summary

| | |
|---|---|
| Amount you owed | $5,036.00 |
| Interest charges | 199.79 |
| Amount due by November 19, 2012 | $5,235.79 |

What you need to do immediately

If you're not working with an IRS representative, and you agree with the amount due

- Pay the amount due of $5,235.79 by November 19, 2012 to avoid additional penalty and interest charges.

Continued on back ...



ERIK ROTHENBERG
8333 ZITOLA TER
PLAYA DEL REY CA 90293-7835

| | |
|---|---|
| Notice | CP71D |
| Notice date | October 29, 2012 |
| Social Security number | 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 |

## Payment

- Make your check or money order payable to the United States Treasury.
- Write your Social Security number (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), the tax year (2002), and the form number (CVL PEN) on your payment and any correspondence.

Amount due by November 19, 2012 | $5,235.79

INTERNAL REVENUE SERVICE
FRESNO, CA 93888-0010

549829234 LF ROTH 55 0 200212 670 00000523579



Department of the Treasury
Internal Revenue Service
Fresno, CA 93888-0010

| | |
|---|---|
| Notice | CP71D |
| Tax Year | 2001 |
| Notice date | October 29, 2012 |
| Social Security number | 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 |
| To contact us | 1-800-829-0922 |
| Your Caller ID | 972917 |
| Page 1 of 4 | |

149331

ERIK ROTHENBERG
8333 ZITOLA TER
PLAYA DEL REY CA 90293-7835

149331

VOID FOR CAUSE BY ORDER OF ERIK ROTHENBERG;
Nunc pro Tunc (from the beginning)

1. Constructive fraud, failure to provide statutory authority for IRS to exist; failure to disclose all facts;

2. IRS is not government agency on authority of USDC: cv93-405E-EJE, US Code non-positive law jacket of avg US Code Volume, Senate Report 94-1148 pg. 5967, P.L. 94-564, pg. 5942, U.S. Gov. Style Manual 90/91 pg. 480-81, 26 USC 7701(a)(11), Treasury Delegation Order No. 150-10, Private U.S. Treasury 41 Stat Ch 214, pg 654, Presidential Doc, Vol. 29, No. 4, pg 113, 22 USC 285-288; Constructive Fraud, no Constitutional Treasury;

3. Constructive Fraud, inducement to perjury, No U.S. Dollars in circulation as demanded income 1040 Forms, CA 3-319F3d640 (U.I. 2003) U.S. v. Thomas. Federal Reserve Notes not Dollars.

4. For Cause: Constructive Fraud, failure to disclose duly delegated Authority; inducement to slavery 18 USC 1583, Tampering with Victim or Witness 18 USC § 1512 et seq., False Statement 18 USC § 1001

5. Inducement to Slavery, U.S. v. Kozminski, 487 U.S. 931 (1988) "...victim forced to work for defendant (IRS and agent with no disclosed authority) by use or threat of ... or use or threat of coercion through law or legal process."

Done this 6th day of November, 2012, AD.

Erik Rothenberg

Reminder of overdue taxes for 2001

## Amount due: $51,794.53

We are required to send you this notice informing you of the amount you owe for 2001 (Form 1040) taxes. If you are currently working with us to address the amount you owe, call your IRS representative if you have questions about this notice.

Billing Summary

| | |
|---|---|
| Amount you owed | $36,404.67 |
| Interest charges | 15,389.86 |
| Amount due by November 19, 2012 | $51,794.53 |

What you need to do immediately

If you're not working with an IRS representative, and you agree with the amount due

- Pay the amount due of $51,794.53 by November 19, 2012 to avoid additional penalty and interest charges.

Continued on back...



ERIK ROTHENBERG
8333 ZITOLA TER
PLAYA DEL REY CA 90293-7835

| | |
|---|---|
| Notice | CP71D |
| Notice date | October 29, 2012 |
| Social Security number | 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 |

## Payment

- Make your check or money order payable to the United States Treasury.
- Write your Social Security number (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), the tax year (2001), and the form number (1040) on your payment and any correspondence.

Amount due by November 19, 2012 | $51,794.53

INTERNAL REVENUE SERVICE
FRESNO, CA 93888-0010

549829234 LF ROTH 30 0 200112 670 00005179453



| | |
|---|---|
| Notice | CP71D |
| Tax Year | 2001 |
| Notice date | October 29, 2012 |
| Social Security number | 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 |



~~VOID FOR CAUSE BY ORDER OF ERIK ROTHENBERG;~~

**Nunc pro Tunc (from the beginning)**

**1. Constructive fraud, failure to provide statutory authority for IRS to exist; failure to disclose all facts;**

**2. IRS is not government agency on authority of USDC: cv93-405E-EJE, US Code non-positive law jacket of avg US Code Volume, Senate Report 94-1148 pg. 5967, P.L. 94-564, pg. 5942, U.S. Gov. Style Manual 90/91 pg. 480-81, 26 USC 7701(a)(11), Treasury Delegation Order No. 150-10, Private U.S. Treasury 41 Stat Ch 214, pg 654, Presidential Doc. Vol. 29, No. 4, pg 113; 22 USC 285-288; Constructive Fraud, no Constitutional Treasury;**

**3. Constructive Fraud, inducement to perjury, No U.S. Dollars in circulation as demanded income 1040 Forms, CA 3-319F3d640 (U.I. 2003) U.S. v. Thomas. Federal Reserve Notes not Dollars.**

**4. For Cause: Constructive Fraud, failure to disclose duly delegated Authority; inducement to slavery 18 USC 1583, Tampering with Victim or Witness 18 USC § 1512 et seq., False Statement 18 USC § 1001**

**5. Inducement to Slavery, U.S. v. Kozminski, 487 U.S. 931 (1988) "...victim forced to work for defendant (IRS and agent with no disclosed authority) by use or threat of ... or use or threat of coercion through law or legal process."**

**Done this 5th day of November, 2012, AD.**

**Erik Rothenberg**

## Interest charges

We are required by law to charge interest on unpaid tax from the date the tax return was due to the date the tax is paid in full. The interest is charged as long as there is an unpaid amount due, including penalties, if applicable. (Internal Revenue Code section 6601)

| Period | Days | Interest rate | Interest rate factor | Amount due | Interest charge |
|---|---|---|---|---|---|
| 04/15/2002 - 06/30/2002 | 76 | 6.0% | 0.012570476 | $21,888.00 | $275.14 |
| 06/30/2002 - 10/15/2002 | 107 | 6.0% | 0.017743168 | $22,163.14 | $393.24 |
| 10/15/2002 - 11/11/2002 | 27 | 6.0% | 0.004447854 | [illegible] | $118.87 |
| 11/11/2002 - 12/31/2002 | [illegible] | [illegible] | [illegible] | $26,847.51 | $221.56 |
| 12/31/2002 - 06/30/2003 | [illegible] | [illegible] | [illegible] | $27,069.07 | $679.51 |
| 06/30/2003 - 09/30/2003 | [illegible] | 5.0% | 0.012681[illegible] | $27,748.58 | $351.90 |
| 09/30/2003 - 12/31/2003 | 92 | 4.0% | 0.010132630 | $28,100.48 | $284.73 |
| 12/31/2003 - 03/31/2004 | 91 | 4.0% | 0.009944[illegible] | $28,385.21 | $283.69 |
| 03/31/2004 - 06/30/2004 | [illegible] | 5.0% | [illegible] | $28,668.90 | $358.60 |
| 06/30/2004 - 09/30/2004 | 92 | 4.0% | 0.010104808 | $29,027.50 | $293.32 |
| 09/30/2004 - 12/31/2004 | [illegible] | [illegible] | 0.0126467[illegible] | $29,320.82 | $370.81 |
| 12/31/2004 - 03/31/2005 | 90 | 5.0% | 0.012404225 | $29,691.63 | $368.30 |
| 03/31/2005 - 09/30/2005 | 183 | 6.0% | 0.030[illegible]689 | [illegible].93 | $917.93 |
| 09/30/2005 - 12/31/2005 | 92 | 7.0% | 0.017798686 | $30,977.86 | $551.37 |
| 12/31/2005 - 06/30/2006 | 181 | 7.0% | 0.035318388 | $31,529.23 | $1,113.56 |
| 06/30/2006 - 12/31/2006 | [illegible] | 8.0% | 0.041148414 | $32,642.79 | $1,343.20 |
| 12/31/2006 - 06/30/2007 | 181 | 8.0% | 0.040464173 | $33,985.99 | $1,375.21 |
| 06/30/2007 - 10/29/2007 | 121 | 8.0% | 0.0268723[illegible] | $35,361.20 | $950.24 |
| 10/29/2007 - 12/31/2007 | [illegible] | [illegible] | [illegible] | [illegible]422.92 | $575.88 |
| 12/31/2007 - 03/31/2008 | 91 | 7.0% | 0.017555017 | $41,998.80 | $737.29 |
| 03/31/2008 - 06/30/2008 | [illegible] | 6.0% | [illegible] | $42,736.09 | $642.26 |
| 06/30/2008 - 09/30/2008 | [illegible] | 5.0% | 0.012646750 | $43,378.35 | $548.60 |
| 09/30/2008 - 10/27/2008 | 27 | [illegible] | 0.004435673 | [illegible] | $194.85 |
| 10/27/2008 - 12/31/2008 | 65 | [illegible] | [illegible] | $44,448.07 | $476.12 |
| 12/31/2008 - 03/31/2009 | 90 | 5.0% | 0.012404225 | $44,924.19 | $557.25 |
| 03/31/2009 - 09/30/2009 | [illegible] | [illegible] | 0.020256122 | $45,481.44 | $921.28 |
| 09/30/2009 - 12/31/2009 | 92 | 4.0% | 0.010132630 | $46,402.72 | $470.18 |
| 12/31/2009 - 06/30/2010 | 181 | 4.0% | 0.020032541 | $46,872.90 | $938.98 |
| 06/30/2010 - 12/31/2010 | 184 | 4.0% | 0.020367931 | $47,811.88 | $973.83 |
| 12/31/2010 - 03/31/2011 | 90 | 3.0% | 0.007424381 | $48,785.71 | $362.20 |
| 03/31/2011 - 09/30/2011 | 183 | 4.0% | 0.020256122 | $49,147.91 | $995.55 |
| 09/30/2011 - 12/31/2011 | 92 | 3.0% | 0.007589992 | $50,143.46 | $380.59 |
| 12/31/2011 - 06/30/2012 | 182 | 3.0% | 0.015029241 | $50,524.05 | $759.34 |
| 06/30/2012 - 10/29/2012 | 121 | 3.0% | 0.009966969 | $51,283.39 | $511.14 |
| Total interest | | | | | $20,296.52 |

We multiply your unpaid tax, penalties, and interest (the amount due) by the interest rate factor to determine the interest due.



IRS

Department of the Treasury
Internal Revenue Service
Fresno, CA 93888-0010

| | |
|---|---|
| Notice | CP71D |
| Tax Year | 2001 |
| Notice date | October 29, 2012 |
| Social Security number | 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 |
| To contact us | 1-800-829-0922 |
| Your Caller ID | 972917 |
| Page 1 of 3 | |

149332

ERIK ROTHENBERG
8333 ZITOLA TER
PLAYA DEL REY CA 90293-7835

149332

**VOID FOR CAUSE BY ORDER OF ERIK ROTHENBERG; (Nunc pro Tunc (from the beginning)**

1. Constructive fraud, failure to provide statutory authority for IRS to exist; failure to disclose all facts;

2. IRS is not government agency on authority of USDC: cv93-405E-EJE, US Code non-positive law jacket of avg US Code Volume, Senate Report 94-1148 pg. 5967, P.L. 94-564, pg. 5942, U.S. Gov. Style Manual 90/91 pg. 480-81, 26 USC 7701(a)(11), Treasury Delegation Order No. 150-10, Private U.S. Treasury 41 Stat Ch 214, pg 654, Presidential Doc, Vol. 29, No. 4, pg 113, 22 USC 285-288, Constructive Fraud, no Constitutional Treasury;

3. Constructive Fraud, inducement to perjury; No U.S. Dollars in circulation as demanded income 1040 Forms, CA 3:319F3d640 (U.I. 2003) U.S. v. Thomas. Federal Reserve Notes not Dollars.

4. For Cause: Constructive Fraud, failure to disclose duly delegated Authority; inducement to slavery 18 USC 1583, Tampering with Victim or Witness 18 USC § 1512 et seq., False Statement 18 USC § 1001

5. Inducement to Slavery, U.S. v. Kozminski, 487 U.S. 931 (1988) "...victim forced to work for defendant (IRS and agent with no disclosed authority) by use or threat of ... or use or threat of coercion through law or legal process."

Done this 6th day of November, 2012, AD.

Erik Rothenberg

Reminder of overdue taxes for 2001

## Amount due: $46,565.78

We are required to send you this notice informing you of the amount you owe for 2001 (Form CVL PEN). ... currently working with ... amount you owe, call your IRS representative if you have questions about this notice.

Billing Summary

| | |
|---|---|
| Amount you owed | $45,036.00 |
| Interest charges | 1,529.78 |
| Amount due by November 19, 2012 | $46,565.78 |

What you need to do immediately

If you're not working with an IRS representative, and you agree with the amount due

- Pay the amount due of $46,565.78 by November 19, 2012 to avoid additional penalty and interest charges.

Continued on back ...



IRS

ERIK ROTHENBERG
8333 ZITOLA TER
PLAYA DEL REY CA 90293-7835

| | |
|---|---|
| Notice | CP71D |
| Notice date | October 29, 2012 |
| Social Security number | 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 |

**Payment**

- Make your check or money order payable to the United States Treasury.
- Write your Social Security number (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), the tax year (2001), and the form number (CVL PEN) on your payment and any correspondence.

| | |
|---|---|
| Amount due by November 19, 2012 | $46,565.78 |

INTERNAL REVENUE SERVICE
FRESNO, CA 93888-0010

549829234 LF ROTH 55 0 200112 670 00004656578



Department of the Treasury
Internal Revenue Service
Fresno, CA 93888-0010

| | |
|---|---|
| Notice | CP71D |
| Tax Year | 2000 |
| Notice date | October 29, 2012 |
| Social Security number | 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 |
| To contact us | 1-800-829-0922 |
| Your Caller ID | 972917 |
| Page 1 of 3 | |

149337



ERIK ROTHENBERG
8333 ZITOLA TER
PLAYA DEL REY CA 90293-7835

149337

VOID FOR CAUSE BY ORDER OF ERIK ROTHENBERG;
Nunc pro Tunc (from the beginning)

1. Constructive fraud, failure to provide statutory authority for IRS to exist; failure to disclose all facts;

2. IRS is not government agency on authority of USDC: cv93-405E-EJE, US Code non-positive law jacket of avg US Code Volume, Senate Report 94-1148 pg. 5967, P.L. 94-564, pg. 5942, U.S. Gov. Style Manual 90/91 pg. 480-81, 26 USC 7701(a)(11), Treasury Delegation Order No. 150-10, Private U.S. Treasury 41 Stat Ch 214, pg 654, Presidential Doc, Vol. 29, No. 4, pg 113, 22 USC 285-288; Constructive Fraud, no Constitutional Treasury;

3. Constructive Fraud, inducement to perjury, No U.S. Dollars in circulation as demanded income 1040 Forms, CA 3-319F2d640 (U.I. 2003) U.S. v. Thomas. Federal Reserve Notes not Dollars.

4. For Cause: Constructive Fraud, failure to disclose duly delegated Authority; inducement to slavery 18 USC 1583, Tampering with Victim or Witness 18 USC § 1512 et seq., False Statement 18 USC § 1001

5. Inducement to Slavery, U.S. v. Kozminski, 487 U.S. 931 (1988) "...victim forced to work for defendant (IRS and agent with no disclosed authority) by use or threat of ... or use or threat of coercion through law or legal process."

Done this 6th day of November, 2012, AD.

Erik Rothenberg

Reminder of overdue taxes for 2000

## Amount due: $945,212.31

We are required to send you this notice informing you of the amount you owe for 2000 (Form 1040). If you are currently working with us to address the amount you owe, call your IRS representative if you have questions about this notice.

**Billing Summary**

| | |
|---|---|
| Amount you owe | $945,212.31 |
| Amount due by November 13, 2012 | $945,212.31 |

**What you need to do immediately**

If you're not working with an IRS representative, and you agree with the amount due

- Pay the amount due of $945,212.31 by November 13, 2012 to avoid additional penalty and interest charges.

Continued on back ...



ERIK ROTHENBERG
8333 ZITOLA TER
PLAYA DEL REY CA 90293-7835

| | |
|---|---|
| Notice | CP71D |
| Notice date | October 29, 2012 |
| Social Security number | 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 |



## Payment

- Make your check or money order payable to the United States Treasury.
- Write your Social Security number (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), the tax year (2000), and the form number (1040) on your payment and any correspondence.

| | |
|---|---|
| Amount due by November 13, 2012 | $945,212.31 |

INTERNAL REVENUE SERVICE
FRESNO, CA 93888-0010

549829234 LF ROTH 30 0 200012 670 00094521231



Department of the Treasury
Internal Revenue Service
Fresno, CA 93888-0010

| | |
|---|---|
| Notice | CP71D |
| Tax Year | 2000 |
| Notice date | October 29, 2012 |
| Social Security number | 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 |
| To contact us | 1-800-829-0922 |
| Your Caller ID | 972917 |
| Page 1 of 3 | |

149333

ERIK ROTHENBERG
8333 ZITOLA TER
PLAYA DEL REY CA 90293-7835

149333

**VOID FOR CAUSE BY ORDER OF ERIK ROTHENBERG; Nunc pro Tunc (from the beginning)**

**1. Constructive fraud, failure to provide statutory authority for IRS to exist; failure to disclose all facts;**

**2. IRS is not government agency on authority of USDC: cv93-405E-EJE, US Code non-positive law jacket of avg US Code Volume, Senate Report 94-1148 pg. 5967, P.L. 94-564, pg. 5942, U.S. Gov. Style Manual 90/91 pg. 480-81, 26 USC 7701(a)(11), Treasury Delegation Order No. 150-10, Private U.S. Treasury 41 Stat Ch 214, pg 654, Presidential Doc, Vol. 29, No. 4, pg 113, 22 USC 285-288, Constructive Fraud, no Constitutional Treasury;**

**3. Constructive Fraud, inducement to perjury, No U.S. Dollars in circulation as demanded income 1040 Forms, CA 3:319F3d640 (U.I. 2003) U.S. v. Thomas. Federal Reserve Notes not Dollars.**

**4. For Cause: Constructive Fraud, failure to disclose duly delegated Authority; inducement to slavery 18 USC 1583, Tampering with Victim or Witness 18 USC § 1512 et seq., False Statement 18 USC § 1001**

**5. Inducement to Slavery, U.S. v. Kozminski, 487 U.S. 931 (1988) "...victim forced to work for defendant (IRS and agent with no disclosed authority) by use or threat of ...or use or threat of coercion through law or legal process."**

**Done this 8th day of November, 2012, AD.**

**Erik Rothenberg**

Reminder of overdue taxes for 2000

## Amount due: $46,795.01

We are required to send you this notice informing you of the amount you owe for 2000 (Form CVL PEN). If you are currently working with an IRS representative, ... amount you owe ... call your IRS representative if you have questions about this notice.

Billing Summary

| | |
|---|---|
| Amount you owed | $45,000.00 |
| Interest charges | 1,795.01 |
| Amount due by November 19, 2012 | $46,795.01 |

What you need to do immediately

If you're not working with an IRS representative, and you agree with the amount due

- Pay the amount due of $46,795.01 by November 19, 2012 to avoid additional penalty and interest charges.

Continued on back ...



ERIK ROTHENBERG
8333 ZITOLA TER
PLAYA DEL REY CA 90293-7835

| | |
|---|---|
| Notice | CP71D |
| Notice date | October 29, 2012 |
| Social Security number | 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 |

**Payment**

- Make your check or money order payable to the United States Treasury.
- Write your Social Security number (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), the tax year (2000), and the form number (CVL PEN) on your payment and any correspondence.

| Amount due by November 19, 2012 | $46,795.01 |
|---|---|

INTERNAL REVENUE SERVICE
FRESNO, CA 93888-0010

549829234 LF ROTH 55 0 200012 670 00004679501

VOID FOR CAUSE BY ORDER OF ERIK ROTHENBERG;
Nunc pro Tunc (from the beginning)

1. Constructive fraud, failure to provide statutory authority for IRS to exist; failure to disclose all facts;

2. IRS is not government agency on authority of USDC: cv93-405E-EJE, US Code non-positive law jacket of avg US Code Volume, Senate Report 94-1148 pg. 5967, P.L. 94-564, pg. 5942, U.S. Gov. Style Manual 90/91 pg. 480-81, 26 USC 7701(a)(11), Treasury Delegation Order No. 150-10, Private U.S. Treasury 41 Stat Ch 214, pg 654, Presidential Doc, Vol. 29, No. 4, pg 113, 22 USC 285-288; Constructive Fraud, no Constitutional Treasury;

3. Constructive Fraud, inducement to perjury, No U.S. Dollars in circulation as demanded income 1040 Forms, CA 3-319F3d640 (U.I. 2003) U.S. v. Thomas. Federal Reserve Notes not Dollars.

4. For Cause: Constructive Fraud, failure to disclose duly delegated Authority; inducement to slavery 18 USC 1583, Tampering with Victim or Witness 18 USC § 1512 et seq., False Statement 18 USC § 1001

5. Inducement to Slavery, U.S. v. Kozminski, 487 U.S. 931 (1988) "...victim forced to work for defendant (IRS and agent with no disclosed authority) by use or threat of  or use or threat of coercion through law or legal process."

Done this 8th day of November, 2012, AD.

________________________________

Erik Rothenberg